O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF MISSISSIPPI

FILED

MAR 2 1 2012

DAVID CREWS, CLERK
BY _____
DEPUTY

UNITED STATES OF AMERICA

V.

HENRY E. McCASLIN, JR.

WAIVER OF INDICTMENT

CASE NUMBER: 2:11CR161

I, HENRY E. McCASLIN, JR., the above named defendant, who is accused of being an officer and employee of First National Bank of Rosedale, Mississippi (hereinafter FNBR), a banking institution the deposits of which were insured by the Federal Deposit Insurance Corporation and being aided and abetted by others known and unknown to the United States Attorney, did with intent to injure and defraud FNBR embezzle, abstract, purloin and willfully misapply in excess of $1,000 of moneys, funds and credits of FNBR in violation of Title 18, United States Code, Section 656.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer