**FILED**

**MAR 2 1 2012**

DAVID CREWS, CLERK

BY_____

DEPUTY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                     CRIMINAL CASE NO. 2:11CR *161*

HENRY E. McCASLIN, JR

### INFORMATION

The United States Attorney charges that

### COUNT ONE

1.      At all times relevant herein, First National Bank, Rosedale, Mississippi (hereinafter "FNBR") was a banking institution located in Rosedale, Mississippi the deposits of which were insured by the Federal Deposit Insurance Corporation.

2.      On or about April 1967, HENRY E. McCASLIN, JR, began working as an employee of FNBR and eventually became the President and Chief Executive Officer of FNBR until his suspension in December 2009 and subsequent retirement in January 2010.

3.      From on or about January 2005 until on or about December 2009, HENRY E. McCASLIN, JR, used his position as President and Chief Executive Officer of FNBR to embezzle and misappropriate FNBR funds for his own personal benefit and use. One of the methods used by HENRY E. McCASLIN, JR to defraud FNBR and to embezzle FNBR funds was to divert loan fees and funnel proceeds of fictitious loans into FNBR Cashier's Check Account No. 0022306 and use the excess funds in the FNBR Cashier's Check Account for his own personal benefit and use.

4.      On or about December 1, 2008, in the Northern District of Mississippi, HENRY

E. McCASLIN, JR, defendant, being an officer and employee of FNBR, a banking institution the

deposits of which were insured by the Federal Deposit Insurance Corporation and being aided

and abetted by others known and unknown to the United States Attorney, did with intent to

injure and defraud FNBR embezzle, abstract, purloin and willfully misapply in excess of $1,000

of moneys, funds and credits of FNBR; that is, HENRY E. McCASLIN, JR, used his position as

President and Chief Executive Officer of FNBR, to embezzle FNBR Cashier's Check No. 22736

in the amount of $18,067.89 for his own personal benefit and use.

All in violation of Title 18, United States Code, Section 656

_Felicia C. Cut_
UNITED STATES ATTORNEY