UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Criminal Minutes - General**

Case No. 2:11CR161          Place Held: ABERDEEN

Style UNITED STATES OF AMERICA V. HENRY MCCASLIN, JR.

Date, Time Began: 03/21/12, 1:30 p.m.  Date, Time Ended: 03/21/12, 2:00 p.m.

TOTAL TIME  30  mins.

PRESENT:
Honorable  Hon. Sharion Aycock , Judge

Ginger Sisk          Phyllis McLarty
Deputy Clerk         Court Reporter

Defendant:                              Attorney(s) for Defendant:
 Henry McCaslin, Jr.                    Gerald Jacks, Cleveland & David Kaufman, Jackson

PROCEEDINGS:

Counsel Requested _____  Waiver of Counsel Signed _____

Information Filed ___X___  Waiver of Indictment Filed ___X___

Time Allowed to File Motions _____ days

PLEA:
DEFENDANT:          GUILTY          NOT GUILTY          NOLO CONTENDERE

Henry McCaslin, Jr.  X (Ct. 1)   _____  _____   _____
Motion of USA to Continue Counts _____

Bond:  RELEASED ON BOND    SET FOR SENTENCING Left Open
REMARKS:

DAVID CREWS, CLERK

By: /s/ Ginger Sisk
Ginger Sisk, Courtroom Deputy